**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Leo Kevin Kelly, et al.
        Plaintiff,

v.                  Case No.: 1:21−cv−01899
                 Honorable Sara L. Ellis

Michele Dorr Kelly
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 9, 2021:

  MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 6/9/2021. It is hereby ordered that this case is dismissed with prejudice with respect to Plaintiff Leo Kevin Kelly and without prejudice with respect to Susan Rowe Mazzorana. Dismissal without prejudice as to Susan Rowe Mazzorana will convert to a dismissal with prejudice in ninety (90) days if a motion to reinstate has not been filed on or before 9/7/2021. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.